**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CRIM NO.11 CR-20229-1

SCOTT SUTHERLAND,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

The matter has come before the court regarding the continued representation of William P. Hackett as counsel for Defendant Scott Sutherland. Upon review of the motion and brief, the court has determined that there is sufficient reason for Mr. Hackett to be allowed to withdraw as counsel. Therefore, the Motion to Withdraw is GRANTED.

IT IS ORDERED that the Federal Defender's Office appoint a member of the CJA panel to represent defendant for the remainder of these proceedings.

IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

                                            s/ Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 6, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 6, 2012, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522