UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,        Case No.    11-CR-20179-17

vs.

DAVID RANDY DROZDOWSKI,

      Defendant.
_____/

## ORDER FOR DETENTION PENDING TRIAL

A Detention Hearing was held on July 27, 2012 as to defendant David Randy Drozdowski. For the reasons stated on the record, to reasonably assure Mr. Drozdowski's appearance, the safety of others and the community, bond is **DENIED.** Therefore,

IT IS HEREBY ORDERED that the defendant is **REMANDED** to the custody of the United States Marshal until further order of the court.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: August 7, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 7, 2012, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522