**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.

    Defendants.
                                                         /

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 11-20066

JEFF GARVIN SMITH et al.,

    Defendants.
                                                         /

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 12-20387

SMILEY VILLA et al.,

    Defendants.
                                                         /

**ORDER SETTING STATUS CONFERENCE**

       On September 24, 2012, the court conducted a status conference, on the record, in the above-captioned cases. During the conference, the court discussed various case management issues presented in these multi-defendant cases, and assigned certain

tasks to aid in the expedient resolution of those issues. For the reasons stated on the record,

IT IS ORDERED that, **by October 3, 2012**, the Government shall file a Discovery Memorandum, generally outlining a fair approximation of the nature and volume of discovery it currently intends to distribute.

IT IS ORDERED that, **by October 3, 2012**, Attorney William W. Swor shall submit to the court via email a recommended resolution of the discovery issues discussed on the record at the September 24, 2012 status conference, relating to the costs and complications of distributing electronic discovery material to Defendants.

IT IS ORDERED that by **October 3, 2012**, Attorney Margaret S. Raben shall circulate among all Defense Counsel and Government Counsel, a proposal for obtaining concurrence and joinder in future motions and practical suggestions for electronically filing such motions. Ms. Raben shall receive and consider any suggestions and then, by **October 10, 2012**, file a memorandum detailing her proposal for a suggested motion protocol.

Finally, IT IS ORDERED that liason counsel are DIRECTED to appear for a status conference on **November 5, 2012 at 3:00 p.m.**

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: September 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2012, by electronic and/or ordinary mail.

                              s/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522