UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

D-1 SCOTT WILLIAM SUTHERLAND, et al.

        Defendants.
_____/

Case No. 11-20129

HON. ROBERT H. CLELAND

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

D-1 JEFF GARVIN SMITH, et al.

        Defendants.
_____/

Case No. 11-20066

HON. ROBERT H. CLELAND

## ORDER DESIGNATING COMPLEX CASE AND FINDING EXCLUDABLE DELAY

Upon Motion of the Government for an Order to Designate the above-captioned case as a complex case, and upon consideration of the number of Defendants and charges, and the nature and quantity of the Government's evidence, the Court finds that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by the Speedy Trial Act. As such, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii), the time between **February 7, 2013** and **April 16, 2013**, shall be excluded in computing the time within which the above-captioned case must commence, and the Government's motion for an Order to Designate the above captioned case as a Complex Case pursuant to complex case under

the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) is hereby GRANTED.

**IT IS SO ORDERED**.


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: February 21, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 21, 2013, by electronic and/or ordinary mail.


 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522