UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               Case No: 11-20129-27-DT

v.

CHRISTOPHER RAYMOND COOK,

               Defendant.
_____/

## ORDER REVOKING BOND

This matter is before the court for review of the defendant's violations of his conditions of pretrial release. A bond revocation hearing was held on February 4, 2013 and established that the defendant has tested positive for marijuana use three times since July 24, 2012, and has submitted three diluted urine specimens, with the last positive report on February 4, 2013. The acquisition, possession, and use of marijuana is contrary to federal law and, concomitantly, the bond condition that prohibits the violation of any federal, state, or local law. The defendant's dilution of urine samples on several occasions indicates his intent to deceive the court's pretrial services officer. That officer had warned the defendant that his continued use of marijuana would result in a hearing and possible bond revocation. It is clear that the defendant effectively ignored those warnings. Accordingly, and for the reasons also stated on the record,

IT IS ORDERED that the defendant's bond is REVOKED, and the defendant is remanded to the custody of the U.S. Marshal pending trial.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: February 22, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 22, 2013, by electronic and/or ordinary mail.

           S/Lisa Wagner
           Case Manager and Deputy Clerk
           (313) 234-5522