**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.

    Defendants.
                                             /

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 11-20066

JEFF GARVIN SMITH et al.,

    Defendants.
                                             /

**ORDER REQUIRING HEARING STATEMENTS IN FUTURE MOTIONS**

On May 16, 2013, the court conducted a telephonic status conference in the above-captioned cases with Government counsel and Liaison counsel. During the conference, the court discussed the unique nature of this case, with numerous defendants–many of them incarcerated across the state or out of state. The court suggested a protocol, to which Liaison counsel agreed in principle, for reducing the costs and administrative burdens of transporting defendants, often against their wishes, to court for motion hearings at which the defendant does not need or wish to be present. Accordingly, henceforth,

IT IS ORDERED that every motion filed by a defendant shall begin with (1) a statement indicating whether a hearing is thought to be mandatory or, if not mandatory, requested and (2) a statement indicating either that defendant waives personal attendance or that defendant wishes to be present should the court conduct a hearing.

                                                s/Robert H. Cleland  
                                                ROBERT H. CLELAND  
                                                UNITED STATES DISTRICT JUDGE  

Dated: May 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2013, by electronic and/or ordinary mail.

                                                s/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522