**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.

    Defendants.
    _____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 11-20066

JEFF GARVIN SMITH et al.,

    Defendants.
    _____/

**ORDER MEMORIALIZING STATUS CONFERENCE**

On June 11, 2013, the court conducted a telephonic status conference, on the record, in the above-captioned cases with Government counsel and Liaison counsel. During the conference, the court received an update from the discovery coordinator regarding the status of the production of the electronic discovery. The discovery coordinator proffered, and the Government confirmed, that certain inadvertent discrepancies in the electronic discovery have slowed production in this complex matter. The Government has agreed to look further into this issue and report back to the discovery coordinator next week, prior to the in-person status conference currently scheduled for **June 20, 2013 at 3:00 p.m.**, for Liaison counsel and Government

counsel.[1]  It is the court's view that counsel have been working diligently to keep this complicated matter progressing at a reasonable speed.  There is still much work to be done, but counsel has thus far worked cooperatively to facilitate the production of the massive amounts of electronic discovery.

                                                 s/Robert H. Cleland  
                                                 ROBERT H. CLELAND  
                                                 UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2013, by electronic and/or ordinary mail.

                                               s/Lisa Wagner  
                                                 Case Manager and Deputy Clerk  
                                                 (313) 234-5522

---

[1] The discovery coordinator will participate by telephone.