UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-10 VERNON NELSON RICH, et al.

          Defendant.

_____/

Case No: 11-20129
          11-20066

Hon: Robert H. Cleland

## ORDER ALLOWING COUNSEL TO USE LAPTOP COMPUTER FOR REVIEW OF DISCOVERY WITH DEFENDANT VERNON NELSON RICH

At a session of Said Court, held in the United States District Court
in the Eastern District of Michigan,
Southern Division, on:   July 16, 2013

PRESENT: HON.  ROBERT H. CLELAND
UNITED STATES DISTRICT COURT JUDGE

IT IS HEREBY ORDERED that Attorney Juan A. Mateo shall be permitted to use a laptop computer to review discovery materials that have been produced in this case when he consults with Defendant Vernon Nelson Rich (Inmate # 123813) at the **St. Clair County Jail.**

IT IS SO ORDERED.

S/Robert H. Cleland
Hon. Robert H. Cleland