**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 11-CR-20129-35

WAYNE R. WERTH,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Before the court is the Government's motion for extension of time for a reasonable extension of time to complete the psychiatric examination of Defendant. The motion was filed following a request by Warden Rene G. Garcia for the additional time, due to the high volume of forensic cases designated to the Federal Detention Center in Englewood, Colorado. Contrary to Defendant's objection to this request, the court finds that a high volume of cases constitutes good cause for a reasonable extension of time. Thus,

IT IS ORDERED that the Government's motion for extension of time [Dkt. # 612] is GRANTED and the time to complete the examination is extended for an additional reasonable time period of thirty days.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: July 16, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 16, 2013, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522