**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20129-D35

WAYNE RUSSELL WERTH,

    Defendant.
_____/

**ORDER DEEMING DEFENDANT WERTH COMPETENT TO STAND TRIAL AND MEMORIALIZING DEFENDANT'S DESIRE TO CONTINUE REPRESENTATION**

The parties appeared before the court for a competency hearing on July 16, 2013. After reviewing the psychiatric examination, and for the reasons stated on the record, the court deemed Defendant competent to stand trial. Further, during the hearing, Defendant formally withdrew any outstanding request to represent himself pro se, opting instead to proceed with court-appointed counsel. Accordingly,

IT IS ORDERED that Defendant Wayne Werth is DEEMED competent to stand trial. The case against him will proceed as scheduled.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 23, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 23, 2013, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522