**UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                                  Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.

      Defendants.
                                                   /

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                                  Case No. 11-20066

JEFF GARVIN SMITH et al.,

      Defendants.

                                                   /

## ORDER SETTING FIRST TRIAL DATE

On June 20, 2013, the court conducted a status conference in the above-captioned matters. Among other issues, the court discussed scheduling a trial for the first group of Defendants for April 15, 2014. The court requested the Government to prepare and circulate a memorandum proposing which Defendants should comprise the first group, and the Government complied. No substantive objections were submitted, and the court thus adopts the groups suggested by the Government. Accordingly,

IT IS ORDERED that the following Defendants will proceed to jury trial on **April 15, 2014 at 9:00 a.m.**:

    1. D-1 Scott William Sutherland

2. D-2 Ronald Raymond Roberts

3. D-3 David Thomas Roberts

4. D-4 Patrick Michael McKeoun

5. D-5 Jeff Garvin Smith

6. D-6 Paul Anthony Darrah

7. D-7 Cary Dale Vandiver

8. D-8 Vincent John Witort

9. D-13 Gary Lee Nelson

10. D-17 David Randy Drozdowksi

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 9, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522