# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>D-1 SCOTT WILLIAM SUTHERLAND, et al.<br><br>    Defendants.<br>_____/ | Case Number: **11-20129**<br><br>HON. ROBERT H. CLELAND |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>D-1 JEFF GARVIN SMITH, et al.<br><br>    Defendants. | Case Number; **11-20066**<br><br>HON. ROBERT H. CLELAND |

## ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

The Court orders that the request of Defendant VICTOR C. CASTANO to substitute Richard G. Convertino, as attorney of record instead of James C. Howrath is hereby GRANTED.

Contact information for new counsel is as follows:

    Firm Name: Convertino & Associates
    Address:   424 North Main Street,
           Plymouth, Michigan, 48170,
    Telephone: (734) 927-9900 Facsimile: (734) 927-9904
    E-Mail:   rgc@convertino.net


 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: August 13, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 13, 2013, by electronic and/or ordinary mail.

_s/Lisa Wagner_
Case Manager and Deputy Clerk
(313) 234-5522