**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,        Case No: 11-CR-20129-27-DT

v.

CHRISTOPHER COOK,

        Defendant.
_____/

## ORDER REINSTATING BOND

The matter is before the court on Defendant's Motion to Reinstate Bond filed on April 19, 2013. A hearing was held on August 20, 2013, and for the reasons stated on the record, the defendant's bond will be reinstated. Therefore,

IT IS ORDERED that the defendant's bond, with all standard conditions and all special conditions previously set [Dkt. #323] is REINSTATED, with the addition of condition q, which was originally omitted: that the defendant shall refrain from possessing or using illegal controlled substances. Such condition is not obviated or made ineffective in any way by any state law "medical marijuana" prescription or permission scheme in the absence of a specific order of this court.

The U.S. Marshal is directed to release the defendant from custody forthwith.

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: August 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 20, 2013, by electronic and/or ordinary mail.

    S/Holly Monda for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522