United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

   v.

Scott William Sutherland, et al.,

        Defendants.

Case No. 11-cr-20129

Hon. Robert H. Cleland

---

## Notice of Filing Exhibits for Purposes of Appeal

---

The following exhibits were part of the record at trial, and pursuant to Sixth Circuit Rule 10(b) are attached to this notice and are now included in the district court's electronic record:

Respectfully submitted,

Matthew Schneider
United States Attorney

s/ Sheldon N. Light
Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, Michigan 48226
(313) 226-9574
Sheldon.Light@usdoj.gov

Dated: August 17, 2020

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

              Plaintiff,                  Case No. 11-cr-20129

     v.

                                 Hon. Robert H. Cleland

Scott William Sutherland, et al.,

              Defendants.

---

# List of Exhibits

---

| Gov. Ex. No. | Description |
| --- | --- |
| T-281A | Paul Darrah Call Tr. 08/24/08 |
| T-285A | Paul Darrah & Gary Nelson Call Tr. 08/25/08 |
| T-300A | Paul Darrah & Tim Downs Call Tr. 09/02/08 |
| T-309A | Paul Darrah & Gary Nelson Call Tr. 09/07/08 |
| T-312A | Paul Darrah & Gary Nelson Call Tr. 09/08/08 |
| Ex. 1 | Darrah Sentencing Exhibit 1 |
| Ex. 1 | Witort Sentencing Exhibit 1 |

2

## Certificate of Service

I certify that on August 17, 2020, I electronically filed this Notice of Filing Exhibits for Purposes of Appeal with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to all of the attorneys of record.

/s/ Sheldon N. Light
Assistant United States Attorney

3

281P-DE-96657

Session # 17559

8/24/08

21:27

OC

586-996-5909

Paul Darrah (PD)

FNU LNU (FL)


FL:  Hello

PD:  Hello

FL:  Hey, how you doin?

PD:  I'm good bro, how are you doin?

FL:  Uhh, I'm doin alright.

PD:  Yeah

FL:  Hey, (clears throat) uh, Dog just went in the john, what he, what he wants you to do is uh, call over there and make, and see if you know, if she has calmed down, you know, (unintelligible) we don't want her, we don't , we don't want her to do anything stupid you know?

PD:  I know, I've been callin there all fuckin day.

FL:  Yeah, what's goin on?

PD:  Nobody's answerin their phone.

FL:  Yeah, okay.

PD:  Yeah, yeah, no, I've been, I've been on that all day tryin to, tryin to see what the hell the deal is you know what I mean?

FL:  Right on, right



GOVERNMENT
EXHIBIT

T-281A

PD: Like right now I'm getting on the computer and uh, see if I can leave em a message you know what I mean, or see if she's wrote me a message, cause she usually leaves shit on my MySpace thing you know, so

FL: Yeah

PD: I'm gonna go in there and see if she's wrote any bad letters or any of that shit you know, but I mean I haven't got either one of em to answer their phone.

FL: Okay, okay, uh, yeah, if ya, if ya hear something or if you can, if you do, you know, uh

PD: Right, right, is he gonna be with you for a little while or what?

FL: Yeah, we're, uh, we're over here, we just got some burgers and we're gonna hang out here for the night.

PD: Okay, cool, cool

FL: Okay?

PD: Well, tell him, tell him I'm on it, I've been on it you know what I mean, I've been, ever since I got up here I've been tryin to get ahold of him and see what the fuck he's doin.

FL: Okay, and, and, and if, and if so, you know, tell Thumbs, you know, that his job is to calm her down, you know?

PD: Oh yeah, no shit, there's no

FL: Yeah

PD: Doubt about that bro, I'll deal with that, you know what I mean, I wanna, I'd rather talk to em face to face but I mean I'll

FL: Right

PD: See what I can do on this phone, you know?

FL: Right on, but uhm, okay bro.

PD: Alright, I love ya

FL: Okay, I Love you too, bye bye.

281P-DE-96657

Session # 17568

8/25/08

12:46

IC

810-734-9895

Paul Darrah (PD)

Gary Nelson (GN)


PD:  Hello

GN:  Hey bro

PD:  Hey, what are you doin?

GN:  Workin

PD:  Have you talked to Thumbs in the last day or so?

GN:  Not yet, no

PD:  Alright what we need to do is find out what's going on.

GN:  Why, what did you hear as I got this message?

PD:  I don't know, uh, she got the fucking shit slapped out of her.

GN:  Right, right, right, right

PD:  And then uh, and then uhm they left, she fuckin went down the road and he followed here and he come back in about an hour and half and got his bike.

GN:  Right.

PD:  He didn't say much of anything you know what I mean.

GN:  Right.

PD:  That's all I know I don't know if she's called the cops or what the fuck she's done.

GN:  Well, probably wouldn't be a good thing for her to be callin a cop on anybody but.



PD: No I wouldn't imagine, I wouldn't imagine, but I mean I'm trying to find out (unintelligible)

GN: Cause as far as that goes she wasn't even there, I don't even know what the fuck she's talking about

PD: Right

GN: You know what I mean

PD: Oh no, she fucking told us all to go fuck ourselves and shit.

GN: Well, I know that's what, that's what that certain person said, but as far as I'm concerned she wasn't even there, I don't even know what the fuck she's talking about...

PD: Oh, right, right, right.

GN: You know what I mean.

PD: Right, right on.

GN: Fuck I know, I don't know she is a drunken bitch, it could happen to anybody, I don't know.

PD: Yeah right, right on, we'll see what you can come up with so I got something to say.

GN: Alright bro.

PD: Alright bro.

281P-DE-96657

Session # 18308

9/2/08

22:55

OC

586-935-8110

Paul Darrah (PD)

Tim Downs (TD)


Non-pertinent conversation

22:56:46


PD:  Did you guys talk about going over to Thumb's house?

TD:  Yep

PD:  Did you go over to Thumb's house?

TD:  No

PD:  No, why, why not?

TD:  I don't know, ahh Gary said that uh he was gonna have Geezer and Junior go over there, cause Geezer and Junior showed up.

PD:  Right I had em come there.

TD:  Well that was good.

PD:  Well, we were supposed to go there, that's why they were coming over there to go to Thumbs, I told fucking Gary that.

TD:  Maybe they did after church then.

PD:  I don't know, but I tell ya if they didn't do that and fucking didn't do anything I asked them to do Fat Dog's gonna fucking blow a gasket man, he's fucking you know what I mean it's been goddamn since last Tuesday we haven't done a fucking thing yet, not one thing did we do.



GOVERNMENT
EXHIBIT

T-300A

TD: (unintelligible)

PD: You know, I'm not bitching at ya, I'm not bitching at you about it but I'm getting my fucking ass reamed about it you know what I mean not just Thumbs everything we fucking said to do last Tuesday, has not been done, not a goddamn thing and he's fucking, Dog's fucking all over me about it, man.

TD: Alright

PD: I'm not going to fucking take all this fucking heat and fucking and fucking keep asking people to do shit and it doesn't get done, I'm gonna fucking start fucking doing it myself and fucking there wouldn't be no need for anybody else to be boss out there.

TD: (unintelligible)

PD: You know what I mean (unintelligible) before he's gonna ask.

TD: Romeo got Romeo's settled and uh.

PD: Ok that's cool, that's cool, I mean, that's good. But I mean Fat Dog's asking me questions I haven't got an answer for and I'm not going to give him the answer you just gave me.

TD: Right

PD: He'll fucking screw my head off man.

TD: Well well he's supposed to talk to him man like

PD: I don't you know, I'll call Gary and fucking have him call fucking Fat Dog or something, Gary can answer for it, I'm tired of doing it, you know.

TD: Right, because I didn't know that that's what Junior and Geezer were over there for.

PD: Well they were coming over to go help.

TD: Well I don't know where Gary lost track of that.

PD: Plus.

TD: Cause I didn't know that.

PD: Well, I told Gary and I told Gary to fucking go over there tonight, you know what I mean.

TD: But I did hear him say that him and Junior were heading over there.

PD: Right, right.

TD: I did hear him say that.

PD: Well I told him to get over there tonight and get our shit back, talked about Denise and then fucking get ready for this funeral.

TD: Well that's pretty much everything we talked about actually.

PD: Right, well that's all we did was talk about it again, we didn't nothing, you know.

TD: Well obviously we were supposed to go get that and I didn't know that.

PD: You need to fucking call Gary and fucking before he goes to bed and find out what, if it go taken care of or not, cause I gotta have an answer for Fat Dog, and I'm not giving him the one you just gave me.

TD: No, okay. Let me call right now.

PD: Alright bro tried call him and fuck see what the fuckin deal is and tell him like you were told to fucking get it done you know what I mean.

TD: Right

PD: Not fucking talk about it, get it done.

TD: Ok, ok

PD: Alright, you know, I

TD: Okay I'll call him.

PD: I'm fuckin sorry to fuckin be on you bro.

TD: That's okay, I got to do my job.

PD: I just fucking got my ass reamed about it okay.

TD: And shit rolls downhill don't it

PD: Right on bro.


Non-pertinent conversation

281P-DE-96657

Session # 18736

9/07/08

20:37

OC

810-734-9895

Paul Darrah (PD)

Gary Nelson (GN)


Non-pertinent conversation

20:37:49


GN:  Hello

PD:  Hey what are you doing?

GN:  I'm putting this muffler on.

PD:  Oh right on, hey umm, you need to fucking get ahold of fucking Thumbs and get our shit back and
tell him to shut his motherfucking mouth before he doesn't have one to shut.

GN:  Yeah I know he's been running his fucking pie hole.

PD:  Yep, well I mean like we're gonna come out there and jerk his motherfucking head right off, fucking
like umm ahh you know what I mean like I'm not fucking putting up with his bullshit, if he wants to
get his little buddies and come out there and start a fucking problem, he wouldn't even be fucking
going, he wouldn't be around to go to jail.

GN:  Right

PD:  You know what I mean like umm fucking ahh like whoever the fuck, fucking gathered up fucking
like we need to go over there and get our fucking shit back like fucking right away.

GN:  Right



GOVERNMENT
EXHIBIT
T-309A

PD:  You know what I mean, I don't even give a fuck if he calls the cops you know what I mean and get ahold of Barnyard and tell him what a cop-calling motherfucker he is and fucking like if they want to fucking be around him we're not coming around them anymore either.

GN:  Right on.

PD:  You need to do that tonight alright, call Barnyard and fucking deal with that like and before

PD (in background):  Hold on Jack

PD:  Alright you know get something  done with that bro fucking like and we'll fucking go deal with other fuckers, Barley and them fucking assholes and all them motherfucking Tuesday.

GN:  Alright bro.

PD:  I don't know who the fuck they think they are.

GN:  I don't know what the fuck is going on.

PD:  Right, right, well get ahold of Barnyard for sure and fucking call Thumbs and see if he answers his phone, tell him we want our shit or we're coming over there fucking and I'll burn his fucking house down.

GN:  Alright bro

PD:  Alright

GN:  Love ya.

281P-DE-96657

Session # 18786

9/8/08

17:41

OC

810-734-9895

Paul Darrah (PD)

Gary Nelson (GN)


PD:  You hear anything from them fuckin assholes?

GN:  No, I, I've, I've tried and tried, I left messages on her phone, I don't know what the fuck he's ge, what the fuck he's got goin on, I don't know, I don't know.

PD:  Alright, well, fuckin somebody needs to go over there and find out, like Timmy, Scooter, and Junior and Geezer can go, you don't need to.

GN:  Oh I can't go over there, I'm not fuckin, I know what's gonna happen if I go over there.

PD:  Right, uh, Timmy, Junior, Geezer and Scooter can go, you don't need to go.

GN:  Alright

PD:  Send them four over there and get our God damn shit, tell him to shut his mother fuckin mouth or if he wants to fuckin do anything different to fuckin, he needs to show up at the clubhouse tomorrow night and we'll deal with him.

GN:  Right, right

PD:  You know what I mean, if he wants to be all bad and big and fuckin go up, back and fight, tell him to come on over there and let's do it.

GN:  You know, yeah, I just don't understand what the fuck he's, I don't know.

PD:  (unintelligible)

GN:  Hey, I, I, I, I don't know, now he's uh, talkin to people that we both went to school with and, you know, and, and now he's talkin to Slomo, Slomo and the people (unintelligible) sayin that you know



GOVERNMENT EXHIBIT T-312A

PD: Right, right, right, right, (unintelligible) like I, I called Freddy last night and I said hey, you see them assholes and you tell em if they gonna threaten my brothers, they gonna fuckin talk shit to my brothers, like, they won't be around to go to mother fuckin jail.

GN: Right

PD: You know what I mean, and uh, Freddy tried callin me today again and I didn't, I didn't catch his phone call but I mean I told him to fuckin like he can go tell, tell them fuckin idiots, you know what I mean.

GN: Right

PD: They want to fuckin hang around a bunch of cop callers fuckin and that, that, that'll be what the fuckin get labeled as too.

GN: Huh yeah, exactly, cause after, I mean, (mumble) none of them can afford to be, bein in the predicament they're in, I don't know what the fuck Gabe's problem is other than Burby tellin him a bunch of fuckin lies.

PD: Right, right, and that's what I kinda told Freddy, I said whatever you heard, and whatever you've been told is a bunch of bullshit, if you want to hear the truth, fuckin come on out to my house you know what I mean.

GN: Right

PD: I'll tell you what the fuck happened and what it went on and what the fuck they're doin and why is he always fuckin like violatin his probation and never going to jail, you know what I mean.

GN: Yeah

PD: Like watch what you're doin around him is what I told him.

GN: Yep

PD: Like (unintelligible) Timmy and Scooter, fuckin Geezer and Junior need to fuckin.

GN: Well the latest we'll talk to em tomorrow night bro.

PD: Huh?

GN: At the latest we'll talk about (unintelligible) guys tomorrow night.

PD: Right, right, but I mean (unintelligible)

GN: Cause we gotta do something, we got to start getting this shit our or the fucking clubhouses before she comes down and the hammer on me.

PD: Yeah fuck her I don't care what she says to tell you the truth.

GN: I know I just don't want it no worse then it has to be bro, you know that's all.

PD: I understand that, (unintelligible) can understand that too, but like I got other fuckin things to deal with besides worried about her fuckin ass right now.

GN: Right

PD: Like we, we're, we're way passed fuckin dealin with that asshole, you know what I mean.

GN: Right

PD: We need to take care of that, and then I'll worry about what we're fuckin gonna do over there.


17:45:03


PD: ...like if you can get ahold of Timmy and them guys, tell em to get that done before tomorrow so fuckin when the Dog gets out there we got fuckin an answer (unintelligible) fucking one that I got now.

United States v. Paul Anthony Darrah, a/k/a "Pauli"
Criminal No. 11-20066 & 11-20129



GOVERNMENT
EXHIBIT
1

1 | P a g e

## Government's Exhibit 1 – Notes of Drug Quantities for Sentencing

## Mixture/Substance Meth

| From Government's Sealed Sentencing Memo, 11/2017 | Average or low end (grams) Mixture[1] | Top end (grams) Mixture |
|---|---|---|
| **From Michael Mastromatteo p. 228** 12-15 years, was involved in Meth Trafficking with multiple suppliers. Worked with Sportcoat and Clyde "When they would come out, when they come out this way, at parties, I would give them some dope. And vice versa, we went that way. I mean, he never actually give me dope. He'd give dope to Pauli." | | |
| 1.  150-200 grams meth seized in 1996 from home of Benny Rich, then President of Grand Rapids DDMC.  (Footnote 37, p. 228) | 150g | 200g |
| 2.  For 5 years, from 1994 on, Mastromatteo obtained 1 to 1½ pounds meth, 3-4 times a year. **1 pound, 3 x year, x 5 years = 15 pounds** **1 ½ pounds, 3 x year, x 5 years =** | 6810g | 10215g |
| 3.  Obtained 1-3 pounds meth from Vincent Witort for 3-4 years **1 pound x 3 = 3 pounds (454g)** **3 pounds x 4 = 12 pounds** | 1362g | 5448g |

---

[1] Unless specified as pure, "ephedrine, or PSE (Pseudoephedrine), or Red P., the meth quantity referenced is stated as a mixture or substance containing a detectable amount of meth.

United States v. Paul Anthony Darrah, a/k/a "Pauli"          2 | P a g e
Criminal No. 11-20066 & 11-20129

| | | |
|---|---|---|
| 4. ounces and quarter pounds from McKeoun (1 ounce = 28g; ¼ pound = 113g) | **28g** | **113g** |
| McKeoun agreed to obtain 1 pound meth from California for Mastromatteo for $6000 | **454g** | |
| 5. **1-2 ounces** from Buggs | **28g** | **56g** |
| 6. 6 pounds from WITORT **(454 x 6 = 2724)** | **2724g** | |
| 7. **1 pound** from Charles Higgins, who transported from Sleepy | **454g** | |
| Paul Darrah & Dave Roberts were his road dogs | | |
| Mastromatteo supplied Jeff Armstrong and Vern Rich with meth for many years. | | |
| Mastromatteo gave Darrah ¼ ounce (8ball) quantities to distribute to other members | | |
| | **Total=12,010g** | **Total=19,357g** |
| **From Charles Higgins, a/k/a Big Riggs** | | |
| Mid 1990s, transported "probably a pound of meth for Iron Mike" (already accounted for above) | | |
| Another occasion, 5 ounces to Detroit to Detroit Red, Pollack and Iron Mike | **140g** | |
| Towner brought 4 ounces meth to Detroit | **112g** | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"
Criminal No. 11-20066 & 11-20129

3 | P a g e

| | | |
|---|---|---|
| **From William Smith, a/k/a Billy Wadd p. 216**<br><br>Little Dog & CARY VANDIVER Delivered to Spike, David Roberts. 8/2000 to Summer 2001, 2-6 ounces or more of meth (average 4 ounces ) from Alabama to Detroit, 1x or 2x a month.<br><br>10 months (4 ounces) x (1x month) x (10 months) = 40 ounces (mixture) (6 ounces) x (2x month) x (10 months) 120 ounces | **1134g** | **3402g** |
| Billy Wadd, Spike, VINCENT WITORT Between 2000 and 2002<br><br>Two Dogs brought 8-9 ounces meth from Arizona to Michigan. | **227g** | **255g** |
| Billy Wadd sold DARRAH 1/8 kilogram | **125g** | |
| **Kitchens & VANDIVER**<br><br>March 2002 Taylor Meth | **375g** | |
| **From Charles Myatt aka Snot, p. 232**<br><br>999 – Charles Myatt received packages from Mastromatteo with 2 blocks 7" x 4", each 2 kilograms. | **4000g** | |
| Myatt and Mastromatteo – party with 3 8-balls; one Myatt delivered to VANDIVER | **10g** | |
| | **SEIZED** | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"                              **4 | P a g e**
Criminal No. 11-20066 & 11-20129

| | | |
|---|---|---|
| **From Allen Mancini, p. 223**<br>Seized during search warrant at Lois Lane | **20.9g meth**<br>**3.5 g meth**<br>*17.5g. PSE HCL*[2]<br>*11.1 g. Red P.*[3] | |
| **From Anthony Clark p. 213**<br><br>After 2000, hung out with DDMC, started using meth.<br><br>Purchased distributable amounts meth 2000-2002; bought 1/8 – 1 ounce quantities from Billy Wadd, Thomas Kaltz, Scott Sutherland, Ronald Roberts, Sly Wesaw | **28.5g** | |
| Clark and Wesaw obtained 1 pound of meth from Tennessee to sell to MI DDMC | **454g** | |
| **From Albert Paille, aka Hombre, p. 221**<br><br>Convicted in case 97-80392<br>Sentenced on January 23, 1998 | **1309 grams** | |
| **From John Riede, p. 256**<br><br>Vern and Riede worked together to distribute meth over the years.<br><br>Ounce quantities – 4-5x | | |
| | **113.2g** | **141.5g** |
| 5-6 times, pound quantities from Hank | **2270g** | **2724g** |
| ¼ pound meth from Damon | **113g** | |

[2] Not counted
[3] Not counted

United States v. Paul Anthony Darrah, a/k/a "Pauli"                                          5 | P a g e
Criminal No. 11-20066 & 11-20129

| | | |
|---|---|---|
| 3 ounces from Witort | 85g | |
| 11/15/07 Search Warrant | 17g | |
| Pound hidden under porch that FBI did not find during search warrant | 454g | |
| | (total=3052g) | (Total-3534g) |
| **From John Pizzuti p. 258** | | |
| 8/4/2007 Controlled Buy, Vern & VANDIVER | 9.8g | |
| 9/6/07 Controlled Buy, DARRAH, Vern | 12g | |
| 10/26/07 Controlled Buy – Vern | 24g (total=46g) | |
| **From Edward Taylor, p. 263** | | |
| 1/26/2008 | 9.4g | |
| Total meth mixture | **23,055 grams** | **32,180 grams** |
| **1g Meth = 2kilos Marijuana** | **46,110 kilograms marijuana** | **64,360 kilograms marijuana** |

United States v. Paul Anthony Darrah, a/k/a "Pauli"
Criminal No. 11-20066 & 11-20129

6 | P a g e

## Ephedrine/Pseudoephedrine

| | | |
|---|---|---|
| **From Karen Casey p. 219**<br><br>1992-1996<br>18 cases of mini-thins at a time to WITORT<br>Single shipment of mini-thins contained 9 kilograms of ephedrine.<br>Received 1 pound of pure meth for each shipment. Sent shipment many times.<br>Shipped regular shipments of pure meth to Ohio.<br><br>Supplied to Lightening, SMITH, Little Dog, Jungleman, MASTROMATTEO, Hombre<br><br>5 shipments are detailed. | Minimum **18 kilograms of ephedrine** | **9X5 = 40 kilos of ephedrine** |
| Government Exhibit 4-9 Spreadsheet with PSE Purchases | **1129 grams PSE** | |
| Total ephedrine/pseudoephedrine | **19,129 kilograms** | **41,129 kilograms PSE** |
| **10 kilos marijuana = 1 gram PSE** | **191,290 kilograms of** | **411,290 kilograms marijuana** |

## Pure Meth

| | | |
|---|---|---|
| **From Allen Mancini, p. 223**<br><br>Cooked with Mr. Bill 2 years<br>½ pound to 1 pound pure every other week for 8 months.<br>453.6g (1lb.) x 16 (weeks in 8 months) =<br>226.8g (1/2 lb) x 16 (weeks in 8 months)<br><br>Cooked with McKeoun and Jeff Arnold<br>Cooked pure meth there for 3 months<br>453.6g (1lb.) x 6 weeks = 2722<br>226.8g (1/2 lb.) x 6 weeks = 1361 | **3629g pure**<br><br><br><br><br><br>**1361g pure**<br><br><br>**(total = 4990g)** | **7258g pure**<br><br><br><br><br><br>**2722g pure**<br><br><br>**(total = 9980)** |
| **Vandiver/Franks Arrest 10/17/2008 – Arrest**<br><br>42.2 grams of Red Phosphorus; 4 grams of meth (84.80% pure) and 5 coffee filters with .92 grams of meth (81.5% pure)<br><br>In 2008, ~~Darrah~~ gave VANDIVER the key to the Blue Water Clubhouse, where Franks and Vandiver cooked meth. (p. 265)<br>After their arrest, VANDIVER told Franks he knew the Judge (Paul Cassidy) on their case and instructed Franks "to call [her] mother and tell her to get a hold of Pauli, to tell him who the judge was on [their] case. (R.1093: Trial 1 Vol. 14 *Jaime Franks* Tr. at 241). VANDIVER told her it was important for her to contact DARRAH because "Fat Dog had known the judge and that the judge would sweep cases under the rug for the club and that he did favors with them for favors." (*Id*. at 241-242). VANDIVER later threatened Franks, telling her if she said anything to the police, the whole case would be put on her because they knew the judge. (*Id*. at 242-243). | **4.92g pure** | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"  
Criminal No. 11-20066 & 11-20129

8 | P a g e

| | | |
|---|---|---|
| Every two weeks, they cooked, relying on others to provide PSE | | |
| **Jesse Williams p. 280**<br><br>1. Ronald Roberts and April Sykes typically manufactured 4 boxes of PSE at a time and would produce from 3 ½ to 7 grams of pure meth, twice a week. (*Id.* at 237-238).  Thus, they successfully manufactured 7-14 grams of (pure) meth per week for 4-5 months. | 119 (pure) | 322 (pure) |
| 2. Williams estimated he cooked meth with Ronald Roberts on approximately 30-50 occasions between the time he was 17 years old until age 19-20<br>**30 times**<br>**or**<br>**50 times** | 105 (pure)<br>or<br>175 (pure) | 210 (pure)<br>or<br>350 (pure) |
| 3. Williams resided with DROZDOWSKI for about a year and cooked meth with him. (*Id.* at 252-253). DROZDOWSKI usually used 4 boxes of PSE per cook, with a yield of 5-6 grams per cook<br><br>10 times<br>Or<br>20 times | 50 (pure)<br>Or<br>100 (pure) | 100 (pure)<br>Or<br>120 (pure) |
| **Williams cooked meth with David Roberts on 15-30 occasions**, and with DAVID DROZDOWSKI on 10-20 occasions. (15x1.5g=22.5g) | 22.5 g | |
| **David Roberts p. 286** | | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"                                    **9** | P a g e
Criminal No. 11-20066 & 11-20129

| | | |
|---|---|---|
| Billy Wadd, Vern, and Little Dog sold a lot of meth (ounce quantities) in the back room at the Copa Lounge. (*Id.*).  During this time period, Iron Mike was selling meth on a regular basis.<br><br>D. Roberts cooked meth at his Kathy Street, Roseville residence garage and initially made 4-5 grams per cook, 1-2 times per month. he cooked 4 PSE boxes per cook<br><br>D. Roberts also manufactured meth at Jason Cook's house on approximately six occasions; at Salvatore Battaglia's house on one occasion, and at Dom Pappert's house. | **4g**<br>**Per month**<br><br><br><br><br>**24 (pure)**<br>**4 (pure)**<br>**4 (pure)** | **10 g**<br><br><br><br><br><br>**30 (pure)**<br>**5 (pure)**<br>**5 (pure)** |
| Total pure meth | **5305g (using lower numbers from Jesse Williams** | **10,827g (using higher numbers)** |
| **Total Marijuana**<br>**20 kilos marijuana = 1 gram pure meth** | **106,550 kilos marijuana** | **216,990 kilos marijuana** |

## Need Data

| | | |
|---|---|---|
| **From Charles Myatt aka Snot, p. 232**<br>Myatt delivered a gallon sized bag with ¼ or 1/3 quantity of meth to WESAW, along with an UZI | *Need data\**<br>*¼ gallon bag meth* | **1/3 gallon bag meth** |
| **From Jennifer Cicola, p. 236**<br><br>Was supplied by David Roberts, Ronald Roberts, CARY VANDIVER, Tony Kitchens, and Lightning for 5-6 years | *Need Data*<br><br>*Small quantities 5-6 years* | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"
Criminal No. 11-20066 & 11-20129

10 | P a g e

| | | |
|---|---|---|
| DARRAH and Cicola brought meth from Ohio to MI in a gallon sized bag full to the top.<br><br>1997-1998, baseball sized quantities stored in her linen closet | | |
| **From William Smith, a/k/a Billy Wadd p. 216**<br>Billy Wadd transported meth in a package, 3 inches x quarter inch given to him by WITORT | *Need data\*large quantity*<br>*(3x ¼ inch meth)* | |
| **From Danny Burby, p. 260**<br><br>Burby, who had received a large cash settlement, purchased gram quantities of meth 1-2 times per week at the Blue Water clubhouse from "everybody" including Roach, Gary Nelson, PAUL DARRAH, Pockets, and Lauri Ledford.<br><br>He obtained meth from, and used meth with, MCKEOUN, and VANDIVER on several occasions | **Need Data** | |
| **From Lauri Ledford p. 267**<br>Received a package at work with large quantity of meth – inside fed ex flat rate envelope (2 feet long). Sent from California | **Need Data\*large quantity, fed ex 2 foot long package with meth** | |

United States v. Paul Anthony Darrah, a/k/a "Pauli"                                    11 | P a g e
Criminal No. 11-20066 & 11-20129

## Marijauna

| MARIJUANA<br>600 pounds of marijuana = 272.155kilos | 272.155 kilos | |
|---|---|---|

## Total Marijuana Conversion

| TOTAL Meth Mixture Grams | 23,055 grams | 32,180 grams |
|---|---|---|
| **1g Meth = 2kilos Marijuana** | **46,110 kilograms marijuana** | **64,360 kilograms marijuana** |
| Total ephedrine/pseudoephedrine | **19,129 kilograms** | **41,129 kilograms PSE** |
| **10 kilos marijuana = 1 gram PSE** | **191,290 kilograms of** | **411,290 kilograms marijuana** |
| Total pure meth | **5,305g (using lower numbers from Jesse Williams** | **10,827g (using higher numbers)** |
| **Total Marijuana**<br>**20 kilos marijuana = 1 gram pure meth** | **106,550 kilos marijuana** | **216,990 kilos marijuana** |
| Total Marijuana<br>600 pounds of marijuana = 272.155kilos | **272 kilos** | |
| **Total Kilos Marijuana** | **344,222 kilos marijuana** | **692,912 kilos marijuana** |

United States v. Paul Anthony Darrah, a/k/a "Pauli"                    **12** | P a g e
Criminal No. 11-20066 & 11-20129

**90,000 kilograms or more of marijuana = level 38**

**30,000 to 90,000 kilograms or more of marijuana = level 36**

**10,000 to 30,000 kilograms or more of marijuana = level 34**

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129



GOVERNMENT
EXHIBIT
1

1 | P a g e

# Government's Exhibit 1 – Notes of Drug Quantities for Sentencing

## Mixture/Substance Meth

| From Government's Sealed Sentencing Memo, 11/2017 | Average or low end (grams) Mixture[1] | Top end (grams) Mixture |
|---|---|---|
| **From Jeff Armstrong p. 234**<br><br>Armstrong supplied meth for most of the time he was DDMC<br><br>Supplied by JEFF SMITH, Charlie Brown, Loose Bruce, Mack, and MASTROMATTEO<br><br>Armstrong sold between 1 oz. to ½ pound to 1 pound after cutting it.<br><br>JEFF SMITH supplied Armstrong 20-30 times over 8 years or so, from ounces to ½ pounds to pounds.<br><br>28g x 20 times = 560g<br>227g x 20 times = 4540<br>454g x 20 times = 9080<br>28g x 30 times = 840<br>227g x 30 = 6810<br>454 x 30 = 13620<br><br>**Total= 35450/6= 5906g** | **Lowest possible is 560g** | **Highest possible is 13620** |
|  |  |  |

[1] Unless specified as pure, "ephedrine, or PSE (Pseudoephedrine), or Red P., the meth quantity referenced is stated as a mixture or substance containing a detectable amount of meth.

United States v. Vincent John Witort, a/k/a
"Holiday"                                                                    2 | P a g e
Criminal No. 11-20129

| | | |
|---|---|---|
| **From Michael Mastromatteo p. 228**<br>12-15 years, was involved in Meth Trafficking with multiple suppliers. Worked with Sportcoat and Clyde<br>"When they would come out, when they come out this way, at parties, I would give them some dope. And vice versa, we went that way. I mean, he never actually give me dope. He'd give dope to Pauli" | | |
| 1. 150-200 grams meth seized in 1996 from home of Benny Rich, then President of Grand Rapids DDMC. (Footnote 37, p. 228) | 150g | 200g |
| 2. For 5 years, from 1994 on, Mastromatteo obtained 1 to 1½ pounds meth, 3-4 times a year.<br>**1 pound, 3 x year, x 5 years = 15 pounds**<br>**1 ½ pounds, 3 x year, x 5 years =** | 6810g | 10215g |
| 3. Obtained 1-3 pounds meth from Vincent Witort for 3-4 years<br>**1 pound x 3 = 3 pounds (454g)**<br>**3 pounds x 4 = 12 pounds** | 1362g | 5448g |
| 4. ounces and quarter pounds from McKeoun (1 ounce = 28g; ¼ pound = 113g) | 28g | 113g |
| McKeoun agreed to obtain 1 pound meth from California for Mastromatteo for $6000 | 454g | |
| 5. **1-2 ounces** from Buggs | 28g | 56g |
| 6. 6 pounds from WITORT<br>**(454 x 6 = 2724)** | 2724g | |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

**3** | P a g e

| | | |
|---|---|---|
| 7. **1 pound** from Charles Higgins, who transported from Sleepy<br><br>Paul Darrah & Dave Roberts were his road dogs<br><br>Mastromatteo supplied Jeff Armstrong and Vern Rich with meth for many years.<br><br>Mastromatteo gave Darrah ¼ ounce (8ball) quantities to distribute to other members | 454g<br><br><br><br><br><br><br>**Total=12010g** | **Total=19357g** |
| From Charles Higgins, a/k/a Big Riggs<br><br>Mid 1990s, transported "probably a pound of meth for Iron Mike" (already accounted for above)<br><br>Another occasion, 5 ounces to Detroit to Detroit Red, Pollack and Iron Mike<br><br>Towner brought 4 ounces meth to Detroit | <br><br><br><br>140g<br><br>112g | |
| From William Smith, a/k/a Billy Wadd p. 216<br><br>Little Dog & CARY VANDIVER Delivered to Spike, David Roberts. 8/2000 to Summer 2001, 2-6 ounces or more of meth (average 4 ounces ) from Alabama to Detroit, 1x or 2x a month. | 1134g | 3402g |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

4 | P a g e

| | | |
|---|---|---|
| 10 months<br>(4 ounces) x (1x month) x (10 months) = 40 ounces (mixture)<br>(6 ounces) x (2x month) x (10 months)<br>120 ounces | | |
| Billy Wadd, Spike, VINCENT WITORT<br>Between 2000 and 2002<br><br>Two Dogs brought 8-9 ounces meth from Arizona to Michigan. | 227g | 255g |
| Billy Wadd sold DARRAH 1/8 kilogram | 125g | |
| **Kitchens & VANDIVER**<br><br>March 2002 Taylor Meth | 375g | |
| From Charles Myatt aka Snot, p. 232<br><br>999 – Charles Myatt received packages from Mastromatteo with 2 blocks 7" x 4", each 2 kilograms. | 4000g | |
| Myatt and Mastromatteo – party with 3 8-balls; one Myatt delivered to VANDIVER | 10g | |
| From Allen Mancini, p. 223<br>Seized during search warrant at Lois Lane | **SEIZED**<br>**20.9g meth**<br>**3.5 g meth**<br>*17.5g. PSE HCL[2]*<br>*11.1 g. Red P.[3]* | |
| From Anthony Clark p. 213 | | |

---

[2] Not counted

[3] Not counted

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

5 | P a g e

| | | |
|---|---|---|
| After 2000, hung out with DDMC, started using meth.<br><br>Purchased distributable amounts meth 2000-2002; bought 1/8 – 1 ounce quantities from Billy Wadd, Thomas Kaltz, Scott Sutherland, Ronald Roberts, Sly Wesaw | **28.5g** | |
| Clark and Wesaw obtained 1 pound of meth from Tennessee to sell to MI DDMC | **454g** | |
| From Albert Paille, aka Hombre, p. 221<br><br>Convicted in case 97-80392<br>Sentenced on January 23, 1998 | **1309 grams** | |
| From John Riede, p. 256<br><br>Vern and Riede worked together to distribute meth over the years.<br><br>Ounce quantities – 4-5x | | |
| | **113.2g** | **141.5g** |
| 5-6 times, pound quantities from Hank | **2270g** | **2724g** |
| ¼ pound meth from Damon | **113g** | |
| 3 ounces from Witort | **85g** | |
| 11/15/07 Search Warrant | **17g** | |
| Pound hidden under porch that FBI did not find during search warrant | **454g** | |
| | **(total=3052g)** | **(Total-3534g)** |
| From John Pizzuti p. 258 | | |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

6 | P a g e

| | | |
|---|---|---|
| 8/4/2007 Controlled Buy, Vern & VANDIVER<br><br>9/6/07 Controlled Buy, DARRAH, Vern<br><br>10/26/07 Controlled Buy – Vern | 9.8g<br><br><br>12g<br><br>24g<br>(total=46g) | |
| From Edward Taylor, p. 263<br><br>1/26/2008 | <br><br>9.4g | |
| Total meth mixture | 23615 grams | 45800 grams |
| 1g Meth = 2kilos Marijuana | 47230 kilograms marijuana | 91600 kilograms marijuana |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

## Ephedrine/Pseudoephedrine

| | | |
|---|---|---|
| **From Karen Casey p. 219**<br><br>1992-1996<br>18 cases of mini-thins at a time to WITORT<br>Single shipment of mini-thins contained 9 kilograms of ephedrine.<br>Received 1 pound of pure meth for each shipment. Sent shipment many times.<br>Shipped regular shipments of pure meth to Ohio.<br><br>Supplied to Lightening, SMITH, Little Dog, Jungleman, MASTROMATTEO, Hombre<br><br>5 shipments are detailed. | Minimum **18 kilograms of ephedrine** | **9X5 = 40 kilos of ephedrine** |
| Government Exhibit 4-9 Spreadsheet with PSE Purchases | **1129 grams PSE** | |
| Total ephedrine/pseudoephedrine | **19129 kilograms** | **41129 kilograms PSE** |
| **10 kilos marijuana = 1 gram PSE** | **191290 kilograms of** | **411,290 kilograms marijuana** |

United States v. Vincent John Witort, a/k/a
"Holiday"                                                                                    8 | P a g e
Criminal No. 11-20129

## Pure Meth

| | | |
|---|---|---|
| **From Allen Mancini, p. 223**<br><br>Cooked with Mr. Bill 2 years<br>½ pound to 1 pound pure every other week for 8 months.<br>453.6g (1lb.) x 16 (weeks in 8 months) =<br>226.8g (1/2 lb) x 16 (weeks in 8 months)<br><br>Cooked with McKeoun and Jeff Arnold<br>Cooked pure meth there for 3 months<br>453.6g (1lb.) x 6 weeks = 2722<br>226.8g (1/2 lb.) x 6 weeks = 1361 | **3629g pure**<br><br><br><br><br>**1361g pure**<br><br><br>**(total = 4990g)** | **7258g pure**<br><br><br><br><br>**2722g pure**<br><br><br>**(total = 9980)** |
| **Vandiver/Franks Arrest 10/17/2008 - Arrest**<br><br>42.2 grams of Red Phosphorus; 4 grams of meth (84.80% pure) and 5 coffee filters with .92 grams of meth (81.5% pure) | **4.92g pure** | |
| Every two weeks, they cooked, relying on others to provide PSE | | |
| **Jesse Williams p. 280**<br><br>1. Ronald Roberts and April Sykes typically manufactured 4 boxes of PSE at a time and would produce from 3 ½ to 7 grams of pure meth, twice a week. (*Id.* at 237-238). Thus, they successfully manufactured 7-14 grams of (pure) meth per week for 4-5 months. | **119 (pure)** | **322 (pure)** |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

| | | |
|---|---|---|
| 2. Williams estimated he cooked meth with Ronald Roberts on approximately 30-50 occasions between the time he was 17 years old until age 19-20<br>**30 times**<br>**or**<br>**50 times** | **105 (pure)**<br>**or**<br>**175 (pure)** | **210 (pure)**<br>**or**<br>**350 (pure)** |
| 3. Williams resided with DROZDOWSKI for about a year and cooked meth with him. (*Id.* at 252-253). DROZDOWSKI usually used 4 boxes of PSE per cook, with a yield of 5-6 grams per cook<br><br>10 times<br>Or<br>20 times | **50 (pure)**<br>Or<br>**100 (pure)** | **100 (pure)**<br>Or<br>**120 (pure)** |
| **Williams cooked meth with David Roberts on 15-30 occasions**, and with DAVID DROZDOWSKI on 10-20 occasions. (15x1.5g=22.5g) | 22.5 g | |
| **David Roberts p. 286**<br><br>Billy Wadd, Vern, and Little Dog sold a lot of meth (ounce quantities) in the back room at the Copa Lounge. (*Id.*).  During this time period, Iron Mike was selling meth on a regular basis. | | |
| D. Roberts cooked meth at his Kathy Street, Roseville residence garage and initially made 4-5 grams per cook, 1-2 times per month. he cooked 4 PSE boxes per cook | **4g**<br>**Per month** | **10 g** |
| D. Roberts also manufactured meth at Jason Cook's house on approximately six | **24 (pure)**<br>**4 (pure)** | **30 (pure)**<br>**5 (pure)** |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

10 | P a g e

| | | |
|---|---|---|
| occasions; at Salvatore Battaglia's house on one occasion, and at Dom Pappert's house. | **4 (pure)** | **5 (pure)** |
| Total pure meth | **5305g (using lower numbers from Jesse Williams** | **10,827g (using higher numbers)** |
| Total Marijuana<br>20 kilos marijuana = 1 gram pure meth | **106,550 kilos marijuana** | **216,990 kilos marijuana** |

## Need Data

| | | |
|---|---|---|
| From Charles Myatt aka Snot, p. 232<br>Myatt delivered a gallon sized bag with ¼ or 1/3 quantity of meth to WESAW, along with an UZI | *Need data\**<br>*¼ gallon bag meth* | **1/3 gallon bag meth** |
| From Jennifer Cicola, p. 236<br><br>Was supplied by David Roberts, Ronald Roberts, CARY VANDIVER, Tony Kitchens, and Lightning for 5-6 years<br><br>DARRAH and Cicola brought meth from Ohio to MI in a gallon sized bag full to the top.<br><br>1997-1998, baseball sized quantities stored in her linen closet | *Need Data*<br><br>*Small quantities 5-6 years* | |
| From William Smith, a/k/a Billy Wadd p. 216<br>Billy Wadd transported meth in a package, 3 inches x quarter inch given to him by WITORT | *Need data\*large quantity*<br>*(3x ¼ inch meth)* | |
| From Danny Burby, p. 260 | | |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

11 | P a g e

| | | |
|---|---|---|
| Burby, who had received a large cash settlement, purchased gram quantities of meth 1-2 times per week at the Blue Water clubhouse from "everybody" including Roach, Gary Nelson, PAUL DARRAH, Pockets, and Lauri Ledford.<br><br>He obtained meth from, and used meth with, MCKEOUN, and VANDIVER on several occasions | **Need Data** | |
| From Lauri Ledford p. 267<br>Received a package at work with large quantity of meth – inside fed ex flat rate envelope (2 feet long). Sent from California | **Need Data\*large quantity, fed ex 2 foot long package with meth** | |

## Marijauna

| | | |
|---|---|---|
| MARIJUANA<br>600 pounds of marijuana = 272.155kilos | 272.155 kilos | |

## Total Marijuana Conversion

| | | |
|---|---|---|
| TOTAL Meth Mixture Grams | **23615 grams** | **45800 grams** |
| 1g Meth = 2kilos Marijuana | **47230 kilograms marijuana** | **91600 kilograms marijuana** |

United States v. Vincent John Witort, a/k/a
"Holiday"
Criminal No. 11-20129

**12** | P a g e

| Total ephedrine/pseudoephedrine | 19129 kilograms | 41129 kilograms PSE |
|---|---|---|
| 10 kilos marijuana = 1 gram PSE | 191290 kilograms of | 411,290 kilograms marijuana |
| Total pure meth | 5305g (using lower numbers from Jesse Williams | 10,827g (using higher numbers) |
| Total Marijuana 20 kilos marijuana = 1 gram pure meth | 106,550 kilos marijuana | 216,990 kilos marijuana |
| Total Marijuana 600 pounds of marijuana = 272.155kilos | 272 kilos | |
| Total Kilos Marijuana | 354,342 kilos marijuana | 720,152 kilos marijuana |

**90,000 kilograms or more of marijuana = level 38**

**30,000 to 90,000 kilograms or more of marijuana = level 36**

**10,000 to 30,000 kilograms or more of marijuana = level 34**